IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDOUARD NOCENT,
    Petitioner,

vs.                                Case No. 4:05cv323/MMP/EMT

US DEPARTMENT OF HOMELAND SECURITY,
et al.,
    Respondents.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. Section 2241 (Doc. 1). On September 13, 2005, this court entered an order (Doc. 3) directing Petitioner to file a motion to proceed in forma pauperis or pay the $5.00 filing fee. Petitioner failed to respond to the order, therefore, on November 10, 2005, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 6). The time for compliance with the show cause order has now elapsed with no response from Petitioner.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

        At Pensacola, Florida, this 14th day of December 2005.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**