IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDOUARD NOCENT,

    Petitioner,

v.                                                          CASE NO. 4:05-cv-00323-MP-EMT

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that Mr. Nocent's Petition for Writ of Habeas Corpus, Doc. 1, be dismissed without prejudice for failure to prosecute. The report was signed by the Magistrate on Wednesday, December 14, 2005. A copy of the report was mailed to the Plaintiff, but was returned to the Court as non-deliverable. The Plaintiff has not provided any forwarding address information. Therefore, having considered the Report and Recommendation, as well as Plaintiff's failure to keep the Court informed of his current address, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this _13th_ day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge